[No. 8959–9–II.   Division Two.   May 28, 1987.]

SUN REALTY, *Respondent,* v. CHARMAINE ISLAND,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 82–2–02910–1, Donald H. Thompson, J.,
entered June 21, 1985. *Vacated* and *remanded* by unpub-
lished opinion per Hamilton, J. Pro Tem., concurred in by
Foscue and Utter, JJ. Pro Tem.

[No. 8912–2–II.   Division Two.   May 28, 1987.]

PIERCE COUNTY, *Respondent,* v. FRANK HASENBALG,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 84–2–02442–4, J. Kelley Arnold, J., entered
June 7, 1985. *Affirmed* by unpublished opinion per Reser, J.
Pro Tem., concurred in by Dolliver and Hopkins, JJ. Pro
Tem.

[No. 9077–5–II.   Division Two.   May 28, 1987.]

BOOTH GARDNER, *as Pierce County Executive,* ET AL,
*Respondents,* v. THORN M. LOVELACE,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 84–2–06308–0, James D. Roper, J., entered
July 16, 1985. *Affirmed* by unpublished opinion per Utter,
J. Pro Tem., concurred in by Foscue and Hamilton, JJ. Pro
Tem.